Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Western__ District of __Washington__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Kaleidoscope School

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   9 1 – 1911248

4. **Debtor's address**

   **Principal place of business**  
   2426 32nd Ave W  
   Number   Street  
   Suite 200  
   Seattle, WA  98199  
   City          State   ZIP Code  

   King  
   County

   **Mailing address, if different from principal place of business**  
   3213 W Wheeler St  
   Number   Street  
   Box 167  
   P.O. Box  
   Seattle, WA 98199  
   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number   Street  
   _____  
   _____  
   City          State   ZIP Code

5. **Debtor's website** (URL)  
   www.kaleidoscopeschool.net

Debtor  Kaleidoscope School  
Name

Case number (if known)_____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.   District _____ When _____ Case number _____
                                                  MM / DD / YYYY
             District _____ When _____ Case number _____
                                                  MM / DD / YYYY

| Debtor | Kaleidoscope School | Case number (if known) _____ |
|---|---|---|
| | Name | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☑ No
   ☐ Yes.  Debtor _____  Relationship _____
   District _____  When _____
   MM / DD / YYYY
   Case number, if known _____

11. **Why is the case filed in *this district*?**

   *Check all that apply:*

   ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☑ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number   Street
   _____
   _____       _____  _____
   City                         State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

   *Check one:*
   ☐ Funds will be available for distribution to unsecured creditors.
   ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
   ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
   ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
   ☐ 200-999

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Case 25-11658-TWD    Doc 1    Filed 06/16/25    Ent. 06/17/25 00:18:11    Pg. 3 of 4

| Debtor | Kaleidoscope School | Case number (if known) |
|---|---|---|
| | Name | |

**15. Estimated assets**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/27/2025
MM / DD / YYYY

X _MPSoukup_     Verified by pdfFiller 05/26/2025
Signature of authorized representative of debtor

Mary-Pat Soukup
Printed name

Title: Director

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 06 / 07 / 2025
MM / DD / YYYY

Clyde Shavers
Printed name

Lyda Law Firm
Firm name

450 Alaskan Way South, Suite 200
Number  Street

Seattle     WA     98104
City     State     ZIP Code

425-394-6765
Contact phone

clyde@lydagroup.com
Email address

61283
Bar number

WA
State